**J. Todd Kincannon**
214 Jones Avenue
Simpsonville, SC 29681

*RECEIVED USDC CLERK, COLUMBIA, SC*
*2017 FEB -6 AM 11: 10*

February 3, 2017

*Via First Class Mail*
United States District Court,
District of South Carolina
Office of the Clerk
901 Richland Street
Columbia, SC 29201-2431

      Re:    Pro Se Case Filing: James John Todd Kincannon v. Nicole Howland

Ladies and Gentlemen:

      Please find enclosed a Civil Action Coversheet, Summons, Complaint, 26.01 Interrogatories, IFP Petition, and Unconditional Waiver of Pro Se Rights submitted for filing by the undersigned, the pro se Plaintiff in the matter. While I have filed cases in this court as a member of the Bar, I have never submitted a pro se IFP filing by mail, so please advise if I have erred in any way with respect to this submission.

      Please add my email address ToddKincannon@gmail.com to the contact information maintained by your office in this matter and **do not** use my old email address associated with prior filings, Todd@TheKincannonFirm.com. I can provide a telephone number if you require, but I strongly prefer email or postal mail as my preferred means of communication these days.

      Please advise as to whether I will or should have access to PACER and the "free look" with regard to any filings in this matter. I have previously maintained both a PACER and a CM/ECF account with the District of South Carolina and the federal courts generally, but I have not the faintest idea how such things work now that I am a pro se litigant filings things by hardcopy. I am happy to conduct this litigation using PACER and CM/ECF e-filing and e-service if the court prefers, but I am also happy to file things by mail or hand-delivery of hardcopy materials as well. Please clarify how I should proceed; I am happy to operate however you and the Court prefer.

      I look forward to working with you and greatly appreciate your attention to this matter. If you have any questions, please let me know. With kindest personal regards, I remain,

                                                                     Very truly yours,

                                                                      J. Todd Kincannon

Enclosures as stated

cc:    Nicole Howland via email only to NHOWLAND@lcsd.sc.gov