



ITEM X-RAYED BY
USMS
2/6

United States District Court
District of South Carolina
Office of the Clerk
901 Richland Street
Columbia, S.C. 29201-2431

J. Todd Kincannon
214 Jones Avenue
Simpsonville, S.C. 29681

2017 FEB -6  AM 11:10
USDC CLERK, COLUMBIA, SC
RECEIVED

3:17-cv-00360-MGL    Date Filed 02/06/17    Entry Number 1-3    Page 2 of 2